# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

## MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: February 22, 2016 |
| vs. | Case No.: 14-4024-01-CR-C-BCW |
| **BRIAN BOYKIN** | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 1:48 pm**     **Time Terminated: 2:15 pm**

### APPEARANCES

**Plaintiff's counsel:** Michael Oliver, AUSA
**Defendant's counsel:** Troy Stabenow
**Probation officer:** Sam Casey

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation of plea of Guilty. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. Court grants Government's oral motion for upward departure.

**SENTENCE:** Defendant committed to custody of BOP for a period of 98 months on Counts 1-2 and 98 months on Count 3 to run concurrently; followed by 3 years supervised release on Counts 1-2 and 3 years supervised release on Count 3 to run concurrently. FINE: waived; MSA: $300. Dft advised of right to appeal; remanded to custody of USM.

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James